AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

## OFFENSE CHARGED

Count One: 41 C.F.R. § 102-74.380(b) – Destruction of Property (Class C Misdemeanor)
Count Two: 41 C.F.R. § 102-74.385 – Nonconformity with official signs or directions (Class C Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: COUNTS One and Two: Max. 30 days imprisonment, Max. $5,000 fine, Max. 5 years probation, $5 mandatory special assessment fee.

### DEFENDANT - U.S

▶ THOMAS JOHNSON

DISTRICT COURT NUMBER

**CR 18 298**

FILED
JUL -9 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Protective Services

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   ALEX G. TSE
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DENISE M. OKI

### IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4  DENISE M. OKI (CABN 311212)
   Special Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7196
       FAX: (415) 436-7234
8      Email: denise.oki@usdoj.gov

9  Attorneys for United States of America

FILED

JUL -9 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18 298 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: |
| | ) 41 C.F.R. § 102-74.380(b) – Destruction of Property |
| THOMAS JOHNSON, | ) (Class C Misdemeanor); |
| | ) 41 C.F.R. § 102-74.385 – Nonconformity with |
| Defendant. | ) official signs or directions (Class C Misdemeanor) |
| | ) |
| | ) SAN FRANCISCO VENUE |
| | ) |

INFORMATION

The Acting United States Attorney charges:

COUNT ONE: (41 C.F.R. § 102-74.380(b) – Destruction of Property)

On or about May 14, 2018, in the Northern District of California, in or on Federal property under the authority of the General Services Administration the defendant,

INFORMATION

THOMAS JOHNSON,

willfully damaged and destroyed property, specifically property at 50 U.N. Plaza including window panes, three laptops, office chairs and walls, in violation of Title 41, Code of Federal Regulations section 102-74.380(b), a class C misdemeanor.

COUNT TWO: (41 C.F.R. § 102-74.385 – Nonconformity with official signs or directions)

On or about May 14, 2018, in the Northern District of California, in or on Federal property under the authority of the General Services Administration the defendant,

THOMAS JOHNSON,

failed to comply with official signs of a prohibitory, regulatory and directory nature and with the lawful direction of Federal police officers and other authorized individuals, in violation of Title 41, Code of Federal Regulations section 102-74.385, a class C misdemeanor.

DATED: 7/9/2018

ALEX G. TSE
Acting United States Attorney

LAURA VARTAIN
Deputy Chief, General Crimes

(Approved as to form: Denise Oki )
DENISE M. OKI
Special Assistant United States Attorney

INFORMATION